UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
DIVISION

Claim No:

UNITED STATES OF AMERICA

    Plaintiff

vs.

MARILYN CLARKE

    Defendant
_____/

## COMPLAINT

The United States of America, acting herein by THOMAS E. SCOTT, United States Attorney for the Southern District of Florida, alleges as follows:

1. This action is brought by the United States of America, with jurisdiction provided by 28 U.S.C. § 1345.

2. The defendant is a resident of the Southern District of Florida.

3. The defendant is indebted to the plaintiff in the principal amount of $855.67, plus interest on this principal amount computed at the rate of 10.00 percent per annum in the amount of $137.39, plus interest thereafter on this principal from November 23, 1999 until the date of judgment, plus administrative fees, costs, and penalties in the amount of $.00. See Exhibit A attached hereto and incorporated herein.

4. Demand has been made upon the defendant by plaintiff for the sum due, but the amount due remains unpaid.

WHEREFORE, plaintiff prays judgment against the defendant for the total of $993.06, plus interest at 10.00 percent per annum on the principal amount of $855.67, from November 23,

1999 to the date of judgment, plus costs. Plaintiff further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment be at the legal rate until paid in full.

Notice is hereby given to the defendant that the plaintiff intends to seek satisfaction of any judgment rendered in its favor in this action from any debt accruing.

Dated at Miami, Florida on this __3d__ day of __November__, 1999.

                              Respectfully submitted,

                              Thomas E. Scott
                              United States Attorney

By: _____
                              Mary P. Dooley
                              99 Ne 4th Street
                              3rd Floor
                              Miami, FL 33132-2111
                              Tel No. 3059619376
                              Fax No. 3055307195

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS**

Marilyn Clarke
Marilyn Rose Clarke
3951 NW 45th AVE
Ft. Lauderdale, FL 33319
SSN: 590320040

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below, plus additional interest from 6/30/98.

On or about 3/6/92, the borrower executed promissory note(s) to secure the loan(s) of $2625.00 from Community Mutual Savings Bank, White Plains, NY at 10 percent interest per annum. This loan obligation was guaranteed by the New York State Higher Education Services Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 10/1/93, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2625.00 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 5/19/97, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $2811.00 in payments from all sources, including Treasury Department offsets, if any. After application of those payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $855.67 |
| Interest: | $18.29 |
| Administrative Costs: | $0.00 |
| Late fees: | $0.00 |
| Total debt as of 6/30/98: | $873.96 |

Interest accrues on the principal shown here at the rate of $.23 per day.

Pursuant to 28 U.S.C. S 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 7/17/98          Name: [signature]
            Date                          Loan Analyst, Litigation Branch

GOVERNMENT EXHIBIT A

**STUDENT LOAN APPLICATION**

New York State Higher Education Services Corporation, Albany, New York 12255

Form ID: 1 92 03 19 01 13

**TO BE COMPLETED BY THE STUDENT**

### PART A

1. Social Security Number: 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 (SEE FILE)
2. Birth Date: 12-22-42
3. Area Code/Phone Number: 212-992-2248
4. U.S. Citizenship Status: ☑ Citizen
5. Have you been a legal resident of NYS for 12 months: ☑ Yes
6. Period Covered by this Loan: 3/92 – 5/92
7. Name: CLARKE, MARILYN R
   Address: 302 EAST 165 ST
   City/State/Zip: BRONX, NY 10456
8. Requested Loan Amount: $2625
10. Determining My Eligibility For: ☑ Stafford Only
11. Have you received a Stafford (GSL) or SLS ALAS loan from a State or Agency: N ☑

[BEST COPY AVAILABLE AT TIME OF FILMING]

12. SLS Borrowers Only – defer principal payments: N ☑
12A. SLS Borrowers Only: N ☑

13. Lender Name and Address: Community Mutual Savings

References:
- ELAINE CLEMERSON, 302 E 165 ST BRONX NY 10456, 212-992-2248, DAUGHTER
- PEARLINE CLINTON, 1047 TINTON AVE BRONX NY 10456, 993-9320, AUNT

Signature: Marilyn Rose Clarke  3-6-92

### PART B — TO BE COMPLETED BY SCHOOL

18. Federal School Code: 023010

19. School Name, Address and Telephone:
CASHIER TRAINING INSTITUTE
500 8th AVENUE
NEW YORK, N.Y. 10018

20. Disbursement Dates: 3-4-92

24. Academic Period of Loan / Dates: 3-4-92 to 5-1-92
25. Anticipated Date of Graduation: 5-1-92
26. Estimated Cost of Attendance: $2625
27. Estimated Financial Aid: -0-
28. Expected Family Contribution: <1

Financial Aid Officer: MELVIN H. GIBSON, FINANCIAL AID OFFICER

### PART C — TO BE COMPLETED BY LENDER

Lender Name and Address: [Community Mutual Savings Bank]
[address illegible] 10018

**Borrower Certification**

**School Certification**

BEST COPY AVAILABLE
AT TIME OF FILMING

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**
UNITED STATES of AMERICA

**DEFENDANTS**
MARILYN CLARKE

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** BROWARD
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

B- Broward 00-CV-6027 Moreno/Dube

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
THOMAS E. SCOTT, U.S. ATTORNEY (305)961-9377
99 NE 4TH ST., SUITE 300, MIAMI, FL 33132-2111

**ATTORNEYS (IF KNOWN)**

**(d) CIRCLE COUNTY WHERE ACTION AROSE:** DADE  MONROE  (BROWARD)  PALM BEACH,  MARTIN,  ST. LUCIE,  INDIAN RIVER,  OKEECHOBEE  HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
[X] 1 U.S. Government Plaintiff
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 2 U.S. Government Defendant
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business In This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business In Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
[X] Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| □ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | B□ 610 Agriculture | □ 422 Appeal 28 USC 158 | □ 400 State Reapportionment |
| □ 120 Marine | □ 310 Airplane / □ 362 Personal Injury - Med Malpractice | B□ 620 Other Food & Drug | □ 423 Withdrawal 28 USC 157 | □ 410 Antitrust |
| □ 130 Miller Act | □ 315 Airplane Product Liability / □ 365 Personal Injury - Product Liability | B□ 625 Drug Related Seizure of Property 21 USC 881 |  | □ 430 Banks and Banking |
| □ 140 Negotiable Instrument | □ 320 Assault, Libel & Slander / □ 368 Asbestos Personal Injury Product Liability | B□ 630 Liquor Laws | **A PROPERTY RIGHTS** | B□ 450 Commerce/ICC Rates/etc |
| □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 330 Federal Employers Liability | B□ 640 RR & Truck | □ 820 Copyrights | □ 460 Deportation |
| □ 151 Medicare Act |  | B□ 650 Airline Regs | □ 830 Patent | □ 470 Racketeer Influenced and Corrupt Organizations |
| [X] 152 Recovery of Defaulted Student Loans (Excl Veterans) | □ 340 Marine | B□ 660 Occupational Safety/Health | □ 840 Trademark | □ 810 Selective Service |
|  | □ 345 Marine Product Liability / **PERSONAL PROPERTY** | B□ 690 Other |  | □ 850 Securities/Commodities/Exchange |
| B□ 153 Recovery of Overpayment of Veteran's Benefits | □ 350 Motor Vehicle / □ 370 Other Fraud |  |  | □ 875 Customer Challenge 12 USC 3410 |
| □ 160 Stockholders Suits | □ 355 Motor Vehicle Product Liability / □ 371 Truth in Lending | **A LABOR** | **B SOCIAL SECURITY** | □ 891 Agricultural Acts |
| □ 190 Other Contract |  / □ 380 Other Personal Property Damage |  |  | □ 892 Economic Stabilization Act |
| □ 195 Contract Product Liability | □ 360 Other Personal Injury / □ 385 Property Damage Product Liability | □ 710 Fair Labor Standards Act | □ 861 HIA 1395ff | □ 893 Environmental Matters |
|  |  | □ 720 Labor/Mgmt Relations | □ 862 Black Lung (923) | □ 894 Energy Allocation Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | □ 863 DIWC/DIWW (405(g)) | □ 895 Freedom of Information Act |
| □ 210 Land Condemnation | □ 441 Voting | B□ 510 Motions to Vacate Sentence | □ 864 SSID Title XVI |  |
| B□ 220 Foreclosure | □ 442 Employment | **HABEAS CORPUS:** | □ 865 RSI (405(g)) | □ 900 Appeal of Fee Determination Under Equal Access to Justice |
| □ 230 Rent Lease & Ejectment | □ 443 Housing/Accommodations | B□ 530 General |  |  |
| □ 240 Torts to Land |  | A□ 535 Death Penalty | **FEDERAL TAX SUITS** | □ 950 Constitutionality of State Statutes |
| □ 245 Tort Product Liability | □ 444 Welfare | B□ 540 Mandamus & Other |  | □ 890 Other Statutory Actions |
| □ 290 All Other Real Property | □ 440 Other Civil Rights | B□ 550 Civil Rights | A□ 870 Taxes (US Plaintiff or Defendant) | A OR B |
|  |  | B□ 555 Prison Condition | A□ 871 IRS - Third Party 26 USC 7609 |  |
|  |  |  | A□ 791 Empl Ret Inc Security Act |  |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
RECOVERY OF FUNDS EXPENDED BY PLAINTIFF AS GUARANTOR OF A DEFAULTED FEDERALLY INSURED STUDENT LOAN, 34CFR 682.100(4) (d)

**LENGTH OF TRIAL** via 1 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION □ UNDER F.R.C.P. 23
**DEMAND** $993.06 + interest & costs
CHECK YES only if demanded in complaint
**JURY DEMAND:** □ YES [X] NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 1/7/00

SIGNATURE OF ATTORNEY OF RECORD

MARY F. DOOLEY, AUSA

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____