UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO.:

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

MARILYN CLARKE,

       Defendant.
_____/

**CIVIL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? _____ Yes ✓ No

                                Respectfully submitted,

                                THOMAS E. SCOTT
                                UNITED STATES ATTORNEY

BY: _____
     MARY F. DOOLEY
     ASSISTANT U.S. ATTORNEY
     99 N.E. 4TH STREET
     Suite 300
     Miami, FL 33132
     Tel No. (305) 961-9376
     Fax No. (305) 530-7195
     Bar No. A5500282

DATED 1/7/00