UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06027-CIV-MORENO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

MARILYN CLARKE,

       Defendant.

_____/

## SATISFACTION OF JUDGMENT

The judgment in the amount of $993.06 in the above entitled case having been paid in full, the clerk for the Southern District of Florida is hereby authorized and empowered to satisfy and cancel said judgment of record, and any Judgment Lien filed by plaintiff in any court concerning this matter shall also be canceled of record.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

Date: 1/28/02

By: _____
MARY F. DOOLEY
Assistant U.S. Attorney
Bar No. 112933
99 N. E. 4th Street
Miami, Florida 33132
Telephone:(305)961-9311
FAX NO. (305) 530-7195